## C. R. BORAH, Appellant, v. Mamie L. KEMP et al., Appellees.
### No. 8687.

Court of Civil Appeals of Texas. San Antonio.
Nov. 25, 1931.

Rehearing Denied Dec. 23, 1931.

J. F. Carl, of Edinburg, for appellant.

L. J. Polk, of Pharr, for appellee.

FLY, C. J.

This is a suit instituted by appellees to recover certain commissions, for procuring buyers for two tracts of land, in the sum of $571.-50. The trial resulted in a judgment in favor of appellees for $500.

The trial judge passed upon the weight of the testimony and the credibility of the wit-

nesses, and there is sufficient evidence to sustain his judgment. There is no question of law involved; the only two assignments of error relate to the facts.

The assignments of error are overruled, and the judgment is affirmed.